UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

LEONARD A. FARBER, M.D.,

    Plaintiff,

v.

DANA-FARBER CANCER INSTITUTE, INC.,

    Defendant.

Civil Action No. 09-CIV-6267 (GBD)

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties, through their undersigned counsel, that all claims and counterclaims in this action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| BAKER BOTTS LLP | DORSEY & WHITNEY LLP |
|---|---|
| By: _Doreen L. Costa_ (*bl*) <br> Doreen L. Costa, Esq. <br> Lauren Beth Emerson, Esq. <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> (212) 408-2500 | By: _Susan Progoff_ <br> Susan Progoff, Esq. <br> 51 West 52nd Street <br> New York, New York 10019 <br> (212) 415-9200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: September 14, 2012 | Dated: September 11, 2012 |

**SO ORDERED** this _____ day of _____, 2012.

_George B. Daniels_
Hon. George B. Daniels

4850-8915-0993\1